THE PEOPLE OF THE STATE OF NEW YORK ex rel. OWEN MADDEN, Appellant, against ROBERT H. BARR, as Warden of the City Prison of the City of New York, et al., Respondents.

(Argued October 5, 1932; decided October 25, 1932.)

*William D. Cunningham, Samuel H. Kaufman, Emil Weitzner, Joseph Shalleck* and *William T. Harris* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*John T. Cahill* of counsel), for respondents.

Order affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.